GENEVIEVE B. McGOWIN v. W. T. McGOWIN
173 So. 927.
Opinion Filed March 22, 1937.

*E. B. Drumright,* for Appellant;
*L. Grady Burton,* for Appellee.

PER CURIAM.—The decree appealed from should be affirmed on authority of the opinion and judgment in the case of Givens v. Givens, 121 Fla. 270, 163 So. 574.

It is so ordered.

Affirmed.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD, and DAVIS, J. J., concur.